1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10 CHARLES J. QUINTANA,                    )   Case No.: 1:12-cv-00822-LJO-SKO
                                          )
11                                        )   **ORDER GRANTING APPLICATION TO**
                    Plaintiff,            )   **PROCEED IN FORMA PAUPERIS**
12                                        )
          v.                              )
13                                        )   (Docket. 2)
     STATE OF CALIFORNIA OSHA,            )
14                                        )
                                          )
15                  Defendant.            )
                                          )
16 _____)
                                          )
17
18

19       Plaintiff Charles J. Quintana ("Plaintiff") is proceeding pro se in this action. Plaintiff filed

20 his complaint on May 18, 2012, along with a motion to proceed *in forma pauperis* pursuant to

21 28 U.S.C. § 1915. (Docs. 1, 2.)  Plaintiff's application (Doc. 2) demonstrates that he is entitled to

22 proceed without prepayment of fees and is therefore GRANTED.

23 IT IS SO ORDERED.

24 **Dated:    May 22, 2012**                    _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28